

**STATE OF NEW YORK**
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General



2 5 2008

CRIMINAL DIVISION
Federal Habeas Corpus Section

**MEMO ENDORSED**

July 24, 2008

**BY FACSIMILE**

Honorable Debra Freeman
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 525
New York, New York 10007-1312
Fax: (212) 805-4258

Re: <u>Cumberland v. Graham</u>
08 CV ~~2066~~ 4389 (LAP) (DF)

Dear Judge Freeman:

I am the Assistant Attorney General assigned to handle the above-reference case for respondent. Pursuant to Your Honor's Rule 4 Order, my papers are by July 28, 2008, and I am writing for an extension of time until October 22, 2008 to file the Attorney General's response.

The state court records in this case are fairly lengthy, and includes several post-conviction motions. In addition, I several district court responses in older cases, as well as two Second Circuit briefs that I must file before working on this case. Finally, as the supervisor of my unit, I have extensive editing and administrative responsibilities. Accordingly, I respectfully request an extension of time.

Thank you for your consideration.

Respectfully submitted,

*Alyson J. Gill*
Alyson J. Gill
Assistant Attorney General
(212) 416-6037

cc (by U.S. Mail): Robert Cumberland
04-A-1829
Auburn Correctional Facility
138 State Street, Box 618
Auburn, New York 13021

*The within request is granted. Petitioner shall serve and file reply papers, if any, no later than November 21, 2008.*

SO ORDERED: DATE: 7/25/08

*/s/ Debra Freeman*
DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE

120 Broadway, New York, NY 10271 • Fax (212) 416-6010

TOTAL P.01